IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT MASTER FUNDING III LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>CM INVESTMENTS LLC, a Nebraska limited liability company; and DENNIS TROY ROBEY, an individual;<br><br>Defendants. | 4:12MC3138<br><br>ORDER |

IT IS ORDERED:

1) Plaintiff Sprint Master Funding III LLC's motion to withdraw its subpoena served on Dawn T. Robey, (filing no. 10), is granted.

2) The subpoena served on Dawn T. Robey, (filing no. 8-1, at CM/ECF p. 4) is withdrawn, the deposition of Dawn Robey scheduled therein in cancelled, and Dawn T. Robey need not comply with the subpoena.

3) On or before July 20, 2012, Plaintiff Sprint Master Funding III LLC shall respond to Dawn T. Robey's motion for attorney fees

July 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge