IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT MASTER FUNDING III LLC, a Delaware limited liability company;<br><br>        Plaintiff,<br><br>        vs.<br><br>CM INVESTMENTS LLC, a Nebraska limited liability company; and DENNIS TROY ROBEY, an individual;<br><br>        Defendants. | 4:12CV3138<br><br>MEMORANDUM AND ORDER |

Defendant Dennis Troy Robey has moved to quash and/or limit the subpoena served on him by the plaintiff. (Filing No. 9). The plaintiff has not responded to the motion, and the deadline for responding has past. The motion to quash is therefore deemed unopposed.

Accordingly,

IT IS ORDERED that Defendant Dennis Troy Robey's motion to quash, (filing no. 9), is granted.

July 30, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge