IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT MASTER FUNDING III LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>CM INVESTMENTS LLC, a Nebraska limited liability company; and DENNIS TROY ROBEY, an individual;<br><br>Defendants. | **4:12CV3138**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Terry R. Wittler and the firm of Cline Williams Wright, Johnson & Oldfather, L.L.P. as counsel of record on behalf of the plaintiff Spirit Master Funding III LLC., (filing no. 15), is granted.

August 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge